COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**AMENDED ORDER ON MOTION**

Cause number:   01-19-00280-CV

Style:     Ronald Joseph v. Britini Jeavon Jack

Date motion filed*: August 12, 2019

Type of motion:  Motion for Extension of Time to File Appellant's Brief

Party filing motion: Appellant Ronald Joseph

Document to be filed: Appellant's Brief

Is appeal accelerated?  No.

If motion to extend time:

  Original due date:     August 12, 2019

  Number of extensions granted:  0  Current Due Date: August 12, 2019

  Date Requested:    September 9, 2019

Ordered that motion is:

  ☒ Granted

    If document is to be filed, document due: September 19, 2019.

  ☐ Denied (motion to abate)

  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☒ Other: _Appellant's trial counsel should have requested the district court to make the reporter's record for trial court cause number 2018-10282, a protective order proceeding, part of the record for the underlying trial court cause number 2018-91034, a bill-of-review proceeding. Absent that, the court reporter, Tish Taffolla, only needed to file a reporter's record if it arose from 2018-91034, not if it arose from 2018-10282. Accordingly, appellant's motion for extension of time to file his brief is **granted until September 19, 2019**. *See* TEX. R. APP. P. 38.6(d)._____

Judge's signature: ___/s/ Evelyn V. Keyes____

       ☑Acting individually  ☐ Acting for the Court

Date: ___August 30, 2019___